No. 10–10897.  KEY *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 10–10898.  MATKIN *v.* HENRY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–10901.  CUONG PHAN *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 10–10903.  ZIED *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–10904.  WILLIAMS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–10905.  WESTBERRY *v.* MCCALL, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 10–10906.  WARREN *v.* FINNAN.  C. A. 7th Cir.  Certiorari denied.

No. 10–10908.  ORNELAS *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 10–10909.  VALDEZ *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 10–10910.  WILLIAMS *v.* ROMANOWSKI, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–10911.  TILLAGE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–10912.  BLAKE *v.* MALEY.  Ct. App. La., 2d Cir.  Certiorari denied.

No. 10–10913.  BELL *v.* MYERS, WIDDERS, GIBSON, JONES & SCHNEIDER, LLP.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 10–10914.  BERTANELLI *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.